UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RUSSELL P. TREMAINE,

                Plaintiff,

   v.

CAROLYN W. CAROLYN, Acting Commissioner of Social Security,

                Defendant.

Case No. C13-2030-RSM

**ORDER REVERSING AND REMANDING**

The Court, having reviewed the record and the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, **ORDERS**:

    1.    The Court adopts the Report and Recommendations;

    2.    The final decision of the Commissioner is **REVERSED** and **REMANDED** for further proceedings consistent with the Report and Recommendation.

    3.    The Clerk shall send a copy of this Order to the parties.

DATED this 18th day of July 2014.

                              RICARDO S. MARTINEZ
                              UNITED STATES DISTRICT JUDGE

ORDER REVERSING AND REMANDING - 1